AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Netburn, Sarah | U.S. District Court, Southern District of New York | 05/29/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

40 Foley Square
Room 430
New York, New York 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] **NONE** *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] **NONE** *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Cuti Hecker Wang -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] **NONE** *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Columbia Aggressive Growth NY 529 Portfolio Class A | D | Int./Div. | M | T | | | | | |
| 2. | | | | | | | | | |
| 3. IRA #1 Rollover; XXX67 (H) | | | | | | | | | |
| 4. - iShares S&P 500 Growth ETF | A | Dividend | J | T | Buy (add'l) | 01/05/17 | J | | |
| 5. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 6. | | | | | Buy (add'l) | 01/17/17 | J | | |
| 7. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 8. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 9. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 10. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 11. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 12. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 13. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 14. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 15. | | | | | Sold (part) | 04/03/17 | J | | |
| 16. | | | | | Sold (part) | 07/05/17 | J | | |
| 17. - iShares S&P 500 Value ETF | B | Dividend | J | T | Buy (add'l) | 01/05/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 19. | | | | | Buy (add'l) | 01/17/17 | J | | |
| 20. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 21. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 22. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 23. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 24. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 25. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 26. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 27. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 28. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 29. | | | | | Sold (part) | 07/05/17 | J | | |
| 30. - iShares U.S. Healthcare ETF | A | Dividend | J | T | Buy (add'l) | 01/05/17 | J | | |
| 31. | | | | | Buy (add'l) | 01/11/17 | J | | |
| 32. | | | | | Buy (add'l) | 01/17/17 | J | | |
| 33. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 34. | | | | | Buy (add'l) | 01/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 36. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 37. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 38. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 39. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 40. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 41. | | | | | Sold (part) | 04/03/17 | J | | |
| 42. | | | | | Sold (part) | 07/05/17 | J | | |
| 43. - Vanguard FTSE All World Ex-US ETF | B | Dividend | J | T | Buy (add'l) | 01/05/17 | J | | |
| 44. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 45. | | | | | Buy (add'l) | 01/17/17 | J | | |
| 46. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 47. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 48. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 49. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 50. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 51. | | | | | Buy (add'l) | 03/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 7 of 15

**Name of Person Reporting**

Netburn, Sarah

**Date of Report**

05/29/2018

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 53. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 54. | | | | | Sold (part) | 07/05/17 | J | | |
| 55.     - Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | Buy (add'l) | 01/05/17 | J | | |
| 56. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 57. | | | | | Buy (add'l) | 01/17/17 | J | | |
| 58. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 59. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 60. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 61. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 62. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 63. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 64. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 65. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 66. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 67. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 68.     - Vanguard Index Funds Vanguard Mid Cap ETF | A | Dividend | J | T | Buy (add'l) | 01/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 70. | | | | | Buy (add'l) | 01/17/17 | J | | |
| 71. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 72. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 73. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 74. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 75. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 76. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 77. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 78. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 79. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 80. - Vanguard Index Funds Vanguard Small Cap ETF | A | Dividend | J | T | Buy (add'l) | 01/05/17 | J | | |
| 81. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 82. | | | | | Buy (add'l) | 01/17/17 | J | | |
| 83. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 84. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 85. | | | | | Buy (add'l) | 01/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 87. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 88. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 89. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 90. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 91. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 92. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 93. Energy Select Sector SPDR Fund ETF | A | Dividend | K | T | Buy | 10/04/17 | K | | |
| 94. Vaneck Vectors Oil Service ETF | | None | | | Buy | 05/09/17 | J | | |
| 95. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 96. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 97. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 98. | | | | | Sold | 10/04/17 | K | | |
| 99. | | | | | | | | | |
| 100. Account XXX68 (H) | | | | | | | | | |
| 101. UBS Bank USA Deposit Account | A | Interest | K | T | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ROTH IRA # 2; XXX57 (H) | | | | | | | | | |
| 104. - UBS Bank USA Deposit Account | | | J | T | | | | | |
| 105. - Eaton Vance Richard Bernstein Equity | A | Dividend | J | T | | | | | |
| 106. | | | | | | | | | |
| 107. IRA #3 ETF4; XXX56 (H) | | | | | | | | | |
| 108. - iShares Floating Rate Bond ETF | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 109. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 110. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 111. - iShares IBOXX High Yield Corporate Bond ETF | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 112. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 113. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 114. - iShares S&P 500 Growth ETF | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 115. | | | | | Sold (part) | 04/03/17 | J | | |
| 116. | | | | | Sold (part) | 07/05/17 | J | | |
| 117. - iShares S&P 500 Value ETF | A | Dividend | J | T | Sold (part) | 01/04/17 | J | | |
| 118. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 119. - iShares U.S. Healthcare ETF | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 04/03/17 | J | | |
| 121. | | | | | Sold (part) | 07/05/17 | J | | |
| 122. - iShares U.S. Treas Bond ETF | A | Dividend | J | T | Sold (part) | 01/04/17 | J | | |
| 123. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 124. | | | | | Sold (part) | 07/05/17 | J | | |
| 125. - iShares 1-3 Treas Bond | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 126. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 127. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 128. - Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 129. | | | | | Sold (part) | 04/03/17 | J | | |
| 130. | | | | | Sold (part) | 07/05/17 | J | | |
| 131. - Vanguard Index Funds Vanguard Mid Cap ETF DE | A | Dividend | J | T | Sold (part) | 01/04/17 | J | | |
| 132. | | | | | Sold (part) | 07/05/17 | J | | |
| 133. - Vanguard Index Funds Vanguard Small Cap ETF DE Sol | A | Dividend | J | T | Sold (part) | 01/04/17 | J | | |
| 134. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 135. | | | | | Sold (part) | 07/05/17 | J | | |
| 136. - Vanguard Intl Equity Index FD Inc FTSE ALL | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 138. | | | | | Sold (part) | 07/05/17 | J | | |
| 139.  - Vanguard Short Term Corporate BD ETF DE | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 140. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 141. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 142.  FlexShares IBOXX 5YR Target Duration TIPS | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 143. | | | | | Sold (part) | 04/03/17 | J | | |
| 144.  Vaneck Vectors Oil Service ETF | | None | J | T | Buy | 04/03/17 | J | | |
| 145. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 146. | | | | | Sold (part) | 10/04/17 | J | | |
| 147.  Energy Select Sector SPDR Fund ETF | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 148. | | | | | | | | | |
| 149.  IRA #4 (H) | | | | | | | | | |
| 150.  - JRHOX | D | Int./Div. | M | T | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 05/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 05/29/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the 2016 Report, I made the following error in Account IRA #1 Rollover; XXX67 (H): I listed purchases made of "Vanguard Intl Equity Index Funds Inc. FSTE ALL" and "Vanguard FTSE All World Ex-US ETF." These assets are the same. In the 2017 Report, I list only Vanguard FTSE All World Ex-US ETF.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah Netburn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544